IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Karen G. Adkins, *et al.*, | : | |
| Plaintiffs, | : | Civil Action 2:11-cv-619 |
| v. | : | |
| Weltman, Weinberg & Reis Co. LPA, | : | Magistrate Judge Abel |
| Defendant. | : | |
| | | |
| Leigh Anne Adkins, | : | Civil Action 2:12-cv-265 |
| Plaintiff, | : | |
| v. | : | Magistrate Judge Abel |
| Weltman, Weinberg & Reis Co. LPA, | : | |
| Defendant. | : | |

## CONSOLIDATION ORDER

As Defendant has represented that it does not oppose Plaintiffs' respective motions to consolidate (Doc. 26 in case number 2:11-cv-619 and Doc. 3 in 2:12-cv-265), and the Court finds pursuant to Rule 42(a) that these actions involve common questions of law and fact, Plaintiffs' motions are **GRANTED** and these actions are hereby **CONSOLIDATED**.

The case schedule previously established in case number 2:11-cv-619 shall govern this consolidated action.

s/Mark R. Abel  
United States Magistrate Judge
