IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Leigh Anne Adkins, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00265 |
| v. | : | |
| Weltman, Weinberg & Reis Co., L.P.A., | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

Plaintiffs' September 25, 2012 motion to designate the National Association of Consumer Advocates as the *cy pres* recipient of any unclaimed settlement funds in this case (doc. 15) is GRANTED.

s/Mark R. Abel
United States Magistrate Judge