IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Leigh Anne Adkins, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00265 |
| v. | : | |
| Weltman, Weinberg & Reis Co., L.P.A., | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

Counsel are DIRECTED to telephone my office (614.719.3370) to schedule a telephone status conference or to file a joint status report within fourteen (14) days of the date of this Order.

s/Mark R. Abel
United States Magistrate Judge